NUMBER 13-00-558-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


IN THE INTEREST OF AUDRA LEIGH MCGEE, A MINOR
CHILD

___________________________________________________________________


On appeal from the 93rd District Court 


 of Hidalgo County, Texas

___________________________________________________________________


O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez 


Opinion Per Curiam



 Appellant, David Lee McGee, attempted to perfect an appeal from
an order entered by the 93rd District Court of Hidalgo County, Texas. 
On August 30, 2000, the trial court granted appellant's motion for new
trial.

 The Court, having examined and fully considered the documents
on file and the trial court's order granting a new trial, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal
is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 21st day of September, 2000.